IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN SETTLE, RICHARD JONES, and the U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON,<br><br>    Defendants. | NO. 3:24-cv-05080-SAB<br><br><br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

On February 1, 2024, the Court ordered Plaintiff so show cause why her application to proceed in forma pauperis should not be denied, or in the alternative, granted her leave to file an Amended Complaint. Plaintiff failed to do either. Instead, Plaintiff filed a Motion to Change Venue, ECF No. 4.

In its prior Order, the Court noted that Plaintiff was suing judges who are entitled to absolute immunity, and she failed to allege any facts in her Complaint. Plaintiff has not cured these deficiencies. Moreover, it is not necessary to change venue. The case was properly filed in the Western District of Washington. To avoid any bias, the case was assigned to this Judge, who presides in the Eastern District of Washington, thereby ensuring that Plaintiff be afforded a fair, impartial, and disinterested tribunal.

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Leave to Proceed IN Forma Pauperis, ECF No. 1, is **DENIED**.

2. Plaintiff's Motion to Change Venue, ECF No. 3, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 24th day of June 2024.

_____
Stanley A. Bastian
U.S. District Court Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**